**Order entered August 15, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-22-00648-CV
No. 05-22-00677-CV

**JAMES ALAN BARNES, INDIVIDUALLY AND NEXT FRIEND OF E.B., A MINOR, AND AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF C.A.B, DECEASED, AND MIRTHA BARNES, INDIVIDUALLY AND NEXT FRIEND OF E.B., A MINOR, Appellants**

**V.**

**FREEDOM POWERSPORTS, LLC, Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. DC-16-15204 and DC-22-07429**

**ORDER**

These appeals challenge the trial court's order granting appellee Freedom Powersports, LLC's no-evidence motion for summary judgment. The order was entered in trial court cause number DC-16-15204 and subsequently severed into trial court cause number DC-22-07429.

Appellants filed the appeal docketed cause number 05-22-00648-CV before the new trial court cause number was assigned. They filed the appeal docketed cause number 05-22-00677-CV after the new trial court cause number was assigned. Because the two appeals concerns the same order, appellants now seek to consolidate the appeals.

We **GRANT** the August 11, 2022 motion and **CONSOLIDATE** cause number 05-22-00648-CV into cause number 05-22-00677-CV. We **DIRECT** the Clerk of the Court to transfer all documents from cause number 05-22-00648-CV into cause number 05-22-00677-CV. For administrative purposes, cause number 05-22-00648-CV is treated as a closed case.

As per our August 10, 2022 postcard notice in cause number 05-22-00648-CV, the reporter's record **SHALL BE FILED** no later than September 9, 2022.

We **DIRECT** the Clerk of the Court to send a copy of this order to Dallas County District Clerk Felicia Pitre; Janet Saavedra, Official Court Reporter for the 44th Judicial District Court; and, the parties.

/s/　KEN MOLBERG
　　　JUSTICE